

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

(512) 463-1312

---

Thursday, May 24, 2018

District Clerk Harris County
Harris County Civil Courthouse
P.O. Box 4651
Houston, TX 77210
* DELIVERED VIA E-MAIL *

FILED IN
1st COURT OF APPEALS
HOUSTON, TX
MAY 24, 2018
CHRISTOPHER A. PRINE,
CLERK

RE:    Case Number:  16-0897
       Court of Appeals Number:  01-14-00844-CV
       Trial Court Number:  2014-37034

Style:  NEIGHBORHOOD CENTERS INC.
      v.
      DOREATHA WALKER

Dear Clerk:

The judgment of the Supreme Court of Texas is final in the above referenced cause and the enclosed mandate was issued today. Enclosed with the mandate is a certified copy of our cost bill showing charges and payments as reflected by the record for your use in settlement between the parties.

Sincerely,

Blake A. Hawthorne, Clerk

by Monica Zamarripa, Deputy Clerk

cc:    Mr. Christopher Prine (DELIVERED VIA E-MAIL)
      Mr. Joseph E. Hoffer (DELIVERED VIA E-MAIL)
      Ms. Lorna L. McMillion (DELIVERED VIA E-MAIL)
      Ms. Linda P. Wills (DELIVERED VIA E-MAIL)
      Mr. Bryan P. Dahlberg (DELIVERED VIA E-MAIL)